UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | SUMMARY ORDER DISMISSING INDICTMENT AS ABATED BY DEATH |
| -against- | : | |
| GRACE KAY, | : | DOCKET NO. 19-cr-113(DLI) |
| Defendant. | : | |

-------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

Defendant, Grace Kay ("Defendant") was charged by a six-count indictment filed on March 4, 2019 with violations of 18 U.S.C. §§ 1343 and 1349.

On May 4, 2020, prior to the final resolution of this case, defense counsel provided the Court and the government with documentation of Defendant's death on April 8, 2020.

On May 20, 2020, Richard P. Donoghue, United States Attorney for the Eastern District of New York, by and through Alixandra Smith, Assistant United States Attorney for the Eastern District of New York, moved for an order dismissing the indictment in the above-captioned case due to Defendant's death.

WHEREFORE, it is hereby ORDERED, ADJUDGED, and DECREED that, pursuant to Federal Rule of Criminal Procedure 48(a), the government's motion is granted and the above-captioned indictment against Defendant Grace Kay is dismissed.

SO ORDERED.

DATED:  Brooklyn, NY
        May 22, 2020

_____/s/_____
DORA L. IRIZARRY
United States District Judge